UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.

LIEUTENANT AARON ARNETTE, *et al.*,

    Defendants.

Case No. 3:24-cv-454-MMH-LLL

## **LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Patrick Jasniak, Plaintiff;
- Slater Legal PLLC, Attorneys for Plaintiff;
    - James M. Slater, Attorney for Plaintiff;

- Lieutenant Aaron Arnette, Defendant;

- Captain Trevor Milleson, Defendant;

- Sergeant Robert Kirchner, Defendant;

- Sergeant Franklin Sheppard, Defendant;

- Officer Brendan Wilson, Defendant;

- Officer Chrisopher Hunt, Defendant;

- Officer Austin Cavazos, Defendant; and

- Officer Jane Doe, Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 9, 2024

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*