UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v().                                    Case No. 3:24-cv-454-MMH-LLL

LIEUTENANT AARON ARNETTE,
*et al.*,

    Defendants.

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Patrick Jasniak gives notice that he will be represented by James M. Slater of Slater Legal PLLC as lead counsel.

Dated: May 9, 2024.

                                              Respectfully submitted,

                                              */s/ James M. Slater*
                                              James M. Slater (FBN 111779)
                                              Slater Legal PLLC
                                              113 S. Monroe Street
                                              Tallahassee, Florida 32301
                                              james@slater.legal
                                              Tel. (305) 523-9023

                                              *Attorneys for Plaintiff*