UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

        Plaintiff,

v.                                Case No. 3:24-cv-454-MMH-LL

LIEUTENANT AARON ARNETTE et al.,

        Defendants.
_____/

**NOTICE OF APPEARANCE**
**AND DESIGNATION OF LEAD COUNSEL**

    Daniel Palardy hereby gives notice of his appearance as counsel for Defendants Arnette, Wilson, Milleson, Hunt, Kirchner, and Shepard. Pursuant to Local Rule 2.02(a), Daniel Palardy is designated as lead counsel for Defendants Arnette, Wilson, Milleson, Hunt, Kirchner, and Shepard.

                              Respectfully submitted,

                              **ASHLEY MOODY**
                              **ATTORNEY GENERAL**

                              */s/ Daniel Palardy*
                              Daniel Palardy, Esq.
                              Senior Assistant Attorney General
                              Florida Bar No.: 1040666
                              Office of the Attorney General
                              1300 Riverplace Blvd. Suite 405
                              Jacksonville, Florida 32207
                              Telephone: (904) 456-6484
                              Daniel.Palardy@myfloridalegal.com