# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                         Case No.: 3:24-cv-454-MMH-LLL

LT. AARON ARNETTE, ET AL.,

    Defendants.
_____/

## **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Milleson, Wilson, Hunt, and Kirchner move this Honorable Court to extend the deadline to respond to Plaintiff's complaint by forty-five (45) days and states as follows:

1. Defendant Milleson was served on July 1, 2024, making his response to the complaint due on July 22, 2024.

2. Defendants Wilson, Hunt, and Kirchner were served on July 2, 2024, making their responses to the complaint due on July 23, 2024.

3. Counsel for Defendants received the Complaint and Milleson return of service on July 11, 2024, and needs additional time to obtain documents, contact the defendants, and investigate facts relevant to a response to the complaint.

4. Counsel for the parties have conferred and agree an extension is warranted.

5. All Parties agree that the extension to file a response will contribute to the disposition of the case on the merits and is not made for purposes of delay.

## MEMORANDUM OF LAW

The Federal rules provide that the court, for cause shown, may enlarge the time within which a party has to take action pursuant to an order of the court. Rule 6(b)(1), Fed. R. Civ. P. For the reasons above, Defendants request the Court extend the time to file a response by forty-five (45) days.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time… with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires..." Fed. R. Civ. P. 6(b)(1)(A). "A motion for extension of time is within the discretion of the district court and is usually viewed liberally so as to work substantial justice." *Johnston v. Dowling*, 765 F.2d 145 (6th Cir. 1985) (*citing Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 110 (D.S.C. 1971) ("This court believes that Rule 6(b) like Rule 60(b) must be liberally construed in order that litigants be given opportunity to be heard, and given their day in court so that justice may be served.")). Good cause has been shown to grant an extension.

Granting the requested enlargement of time will not prejudice Plaintiff, as evidenced by Plaintiff's consent to the extension. This Motion for Extension is made in good faith and not for the purpose of delay.

**WHEREFORE**, Defendants request this Court enter an order extending the time to file a response by forty-five (45) days.

Respectfully submitted,

**ASHLEY MOODY
ATTORNEY GENERAL**

*/s/ Daniel Palardy*
Daniel Palardy, Esq.
Senior Assistant Attorney General
Florida Bar No.: 1040666
Office of the Attorney General
1300 Riverplace Blvd. Suite 405
Jacksonville, Florida 32207
Telephone: (850) 456-6484
Daniel.Palardy@myfloridalegal.com

### CERTIFICATE OF CONFERRAL

Pursuant to Rule 3.01(g) of this Court's Local Rules, undersigned counsel conferred with the Plaintiff's counsel and Co-Defendants' counsel on July 11, 2024, and no party objects to the above deadline extensions.

*/s/ Daniel Palardy*
Daniel Palardy, Esq.