| | |
|---|---|
| **From:** | ACCURATE SERVE TALLAHASSEE <brennan.fogarty@accurateservetally.com> |
| **Sent:** | Friday, July 26, 2024 9:44 AM |
| **To:** | james@slater.legal |
| **Subject:** | Status on T242685, (Austin Cavazos) |
| **Attachments:** | 1_Picture.jpg; 2_Picture.jpg |

This is an automated status email:
From: ACCURATE SERVE OF TALLAHASSEE
To: Slater Legal PLLC
Job # T242685
Serve To: **Austin Cavazos**
Case Info:
Court: USDC MIDDLE DISTRICT OF FLORIDA
Court Case # **3:24-cv-454-MMH-LLL**


Re: PLAINTIFF
PATRICK JASNIAK
-Versus-
Re: DEFENDANT
LIEUTENANT AARON ARNETTE; ET AL.

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

Service Address: ▮▮▮▮▮▮▮▮▮▮▮ Lake Butler, FL 32054
Latest Status:

Server Name: Harely Ahrens
Attempt Date: Wednesday, 07/24/2024 at 01:17 PM
Location: ▮▮▮▮▮▮▮▮▮▮▮, Lake Butler, FL 32054
Lon: -82.363489 Lat:29.996780
Notes: Looks vacant, both set of steps on the front and the the back of the property are hard to walk on They are falling apart. Grass is mowed, but that looks like it's been done by the entire property because this is for guards will continue attempts knocked on the door. Nobody came to the door.


Server Name: Jared Williams
Attempt Date: Wednesday, 07/10/2024 at 11:45 AM
Location: 23916 NW 83rd Ave Raiford, FL 32083
Notes: I called the state prison and spoke to Brittany in HR. She didn't give a last name. The defendant is pending dismissal for not coming to work. They are working on getting it official "But it takes a long time to get it (the dismissal letter) from the state." This address will not be a viable location for service.


Server Name: Harely Ahrens

1

Attempt Date: Tuesday, 06/25/2024 at 04:42 PM
Location: 23916 NW 83rd Ave, Raiford, FL 32083
Lon: -82.182184 Lat:30.058472
Notes: Spoke with head administrator at this location and got his phone number. Stated subject received documents at work about three weeks ago and has not been back to work. He is most likely going to be fired. His shift starts at 430pm told me please call and check to see if he came in or been fired be I come out again.


Server Name: Harely Ahrens
Attempt Date: Tuesday, 06/18/2024 at 05:56 PM
Location: 23916 NW 83rd Ave, Raiford, FL 32083
Lon: -82.182117 Lat:30.058411
Notes: Was told come back he works the 4-12 shift administrative building locked up tight no other station or office to go to to find out where subject is. No hours or phone number listed will have to return in the morning hours and see best way to get to him after hours of administrative building.


Server Name: Harely Ahrens
Attempt Date: Tuesday, 06/04/2024 at 12:43 PM
Location: 23916 NW 83rd Ave, Raiford, FL 32083
Lon: -82.182435 Lat:30.058807
Notes: His shift is from 4pm to 12am tomorrow. Will attempt then.


Detailed Status is available at www.PaperTracker.info