UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

     Plaintiff,

v.

LIEUTENANT AARON ARNETTE,
*et al.*,

     Defendants.

Case No. 3:24-cv-454-MMH-LLL

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT AUSTIN CAVAZOS**

On July 26, 2024, Plaintiff Patrick Jasniak filed an unopposed motion seeking additional time to serve Defendant Austin Cavazos before the 90-day period to serve him closes on August 6, 2024 (the "Motion"). [ECF No. 14]. Because defense counsel was able to contact Defendant Cavazos and waive service on his behalf [ECF No. 15], Mr. Jasniak no longer needs additional time to effectuate service in this case. Accordingly, Mr. Jasniak withdraws the Motion.

Dated: July 29, 2024.

Respectfully submitted,

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff Patrick Jasniak*