**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICK JASNIAK,

    Plaintiffs,

v.                                             Case No. 3:24-CV-00454-MMH-LLL

AARON ARNETTE, ET AL.,

    Defendants.

_____

**AGREEMENT REGARDING INADVERTENT DISCLOSURES**

To expedite production of documents, electronically stored information, and other media ("Information") in this action, and in recognition of the various difficulties associated with the production of Information, all parties agree to the following terms and conditions for production:

1. Any party that inadvertently discloses or produces Information that it considers privileged or otherwise protected from discovery, in whole or in part, shall not be deemed to have waived any applicable privilege or protection by reason of such disclosure or production if, within ten (10) days of discovering the privileged or protected Information has been disclosed or produced, the producing party gives written notice to each receiving party, providing a detailed identification of the Information, the asserted privilege or protection, and the grounds, with a request that all copies of the Information be returned

to the producing party. Upon receipt of any such notice, each receiving party shall refrain from any effort to use or rely upon the Information in question, for any purpose, and, within ten (10) days of receipt of any such notice, each receiving party shall return to the producing party all copies of the Information.

2. Any party that receives any Information during the course of discovery in this action that it knows or reasonably should know is likely to be subject to a claim of privilege or other protection from discovery shall, within ten (10) days of becoming aware of the potentially privileged Information, provide written notice to the producing party and all other parties and a detailed identification of the Information in question. All parties shall refrain from any effort to use or rely upon the Information in question for any purpose.

3. Within ten (10) days of receiving a notification under paragraph 2 above, the producing party shall either (a) confirm it means to assert a privilege claim and request all receiving parties return all copies of the Information in question, or (b) confirm no privilege or protection from discovery is claimed. If a producing party asserts a privilege claim in response to a notice under paragraph 2 above, then, within ten (10) days of the producing party's confirmation of the privilege claim, each receiving party shall return all copies of the Information in question and confirm same to the producing party.

4. The inadvertently produced Information will be returned without regard to the efforts the producing party made to prevent the disclosure.

5. Within ten (10) days of the producing party's request, the receiving party will disclose the names of any individuals who read or accessed the Information the producing party considers privileged or otherwise protected from discovery.

6. No inadvertently produced Information may be used in evidence.

Dated: August 8, 2024

/s/ James Slater
James Slater
Counsel for Plaintiff
8/8/2024

/s/ Daniel Palardy
Daniel Palardy
Counsel for Defendants
8/8/2024