UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.   Case No. 3:24-cv-454-MMH-LL

LIEUTENANT AARON ARNETTE et al.,

    Defendants.
_____/

### NOTICE OF APPEARANCE
### AND DESIGNATION OF LEAD COUNSEL

Daniel Palardy hereby gives notice of his appearance as counsel for Defendant Austin Cavazos. Pursuant to Local Rule 2.02(a), Daniel Palardy is designated as lead counsel for Defendants Arnette, Wilson, Milleson, Hunt, Kirchner, Shepard, and Cavazos.

    Respectfully submitted,

    **ASHLEY MOODY**
    **ATTORNEY GENERAL**

    */s/ Daniel Palardy*
    Daniel Palardy, Esq.
    Senior Assistant Attorney General
    Florida Bar No.: 1040666
    Office of the Attorney General
    1300 Riverplace Blvd. Suite 405
    Jacksonville, Florida 32207
    Telephone: (904) 456-6484
    Facsimile: (850) 488-4872
    Daniel.Palardy@myfloridalegal.com