United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK,**

    Plaintiff,

v.                                                                                **NO. 3:24-cv-454-MMH-LLL**

**LIEUTENANT AARON ARNETTE, ET AL.,**

    Defendants.

_____

### Order Granting Motion for Extension of Time

The Court **grants** defendants Milleson, Wilson, Hunt, and Kirchner's Unopposed Motion for Extension of Time to Respond to Complaint, doc. 11. Defendants Milleson, Wilson, Hunt, and Kirchner must respond to the Complaint, doc. 1, by **September 6, 2024**.

**Ordered** in Jacksonville, Florida on August 6, 2024.

                                                                */s/ Laura Lothman Lambert*
                                                                LAURA LOTHMAN LAMBERT
                                                                United States Magistrate Judge

c:
James Murray Slater, Esquire
Daniel Sason Palardy, Esquire