IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                                   Case No.: 3:24-cv-454-MMH-LLL

LT. AARON ARNETTE, ET AL.,

    Defendants.
_____/

**<u>DEFENDANT CAVAZOS'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03</u>**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒     No.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒     No.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

&boxtimes;    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Arnette, Aaron

Milleson, Trevor

Kirchner, Robert

Shepard, Franklin

Wilson, Brenden

Hunt, Christopher

Cavazos, Austin

Dixon, Ricky Secretary of FDOC

Florida Department of Corrections

Florida Department of Financial Services, Division of Risk Management

Florida Office of the Attorney General

Moody, Ashley

Palardy, Daniel S.

Martin, Charles

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

&boxtimes;    No.

5. Is this a bankruptcy action?

&boxtimes;    No.

6. Is this a criminal case?

   ☒ No.

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Daniel Palardy*
Daniel Palardy, Esq.
Senior Assistant Attorney General
Florida Bar No.: 1040666
Office of the Attorney General
1300 Riverplace Blvd. Suite 405
Jacksonville, Florida 32207
Telephone: (904) 456-6484
Facsimile: (850) 488-4872
Daniel.Palardy@myfloridalegal.com