United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK,**

    **Plaintiff,**

v.                                                                                                                                                                                                                                                                                                                                                     **NO. 3:24-cv-454-MMH-LLL**

**LIEUTENANT AARON ARNETTE, ET AL.,**

    **Defendants.**

_____

### Order to Show Cause

Plaintiff, through counsel, filed his complaint, doc. 1, on May 8, 2024, but has not filed an executed return of service or proof of a waiver for defendant Jane Doe, nor has he requested an extension of time. *See* Fed. R. Civ. P. 4(l)(1), and (m). "[F]ictitious-party pleading is not permitted in federal court[,]" unless a plaintiff describes a John Doe defendant with such particularity that he or she can be identified and served. *See Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010).

Local Rule 3.10 provides, "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Middle District of Florida Local Rules.

On or before **September 13, 2024**, plaintiff must: (1) show satisfactory cause why the Court should not dismiss the claims against defendant Doe for failure to timely serve process or otherwise prosecute the case; and (2) serve defendant Doe and

provide the Court with certification of service and documents reflecting proper, completed service on defendant Doe. **If he fails to do so, the Court may dismiss the claims against defendant Jane Doe without further notice.**

**Ordered** in Jacksonville, Florida on August 16, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
Daniel Sason Palardy, Esquire