United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK,**

    Plaintiff,

v.                                    No. 3:24-cv-454-MMH-LLL

**LIEUTENANT AARON ARNETTE, ET AL.,**

    Defendants.

_____

### Order

In light of plaintiff's response to the order to show cause, the Court **discharges** the order to show cause, doc. 23, and **grants** plaintiff's Unopposed Request for Extension of Time to Serve Officer Jane Doe, doc. 24. Plaintiff must identify and serve defendant Doe and provide the Court with certification of service and documents reflecting proper completed service on defendant Doe on or before **December 12, 2024**.

**Ordered** in Jacksonville, Florida on August 26, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
Daniel Sason Palardy, Esquire