UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                   Case No. 3:24-cv-454-MMH-LLL

LIEUTENANT AARON ARNETTE,
*et al.*,

    Defendants.

## CERTIFICATE OF SERVICE REGARDING JANE DOE

On August 26, 2024, the Court entered an Order extending the time to serve Defendant Jane Doe. (Doc. 26). Since then, Plaintiff Patrick Jasniak has learned that the officer previously identified in the original Complaint as Jane Doe is Officer Lisa McDowell. Accordingly, Plaintiff amended his complaint to name Officer McDowell and the clerk issued a summons for her. (Docs. 27 & 28). Officer McDowell agreed to waive service, and Plaintiff filed an executed waiver. (Doc. 29). Accordingly, Plaintiff has identified and served the defendant previously identified as Jane Doe.

Dated: August 30, 2024.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff Patrick Jasniak*