# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                            Case No.   3:24-cv-454-MMH-LLL

AARON ARNETTE, et al.,

    Defendants.

_____/

# **O R D E R**

**THIS CAUSE** is before the Court on the Joint Motion to Modify Scheduling Order (Dkt. No. 36; Motion) filed on February 21, 2025. In the Motion, the parties seek an extension of the case management deadlines in this matter. See Motion at 1. Upon review, the Court finds that the parties have shown good cause for an extension of time. Accordingly, it is

**ORDERED:**

1. The Joint Motion to Modify Scheduling Order (Dkt. No. 36) is **GRANTED**.

2. The case management deadlines are extended as follows:

| Deadline for disclosing expert reports. | |
|---|---|
| Plaintiff: | JUNE 26, 2025 |
| Defendant: | JULY 24, 2025 |
| Rebuttal: | AUGUST 21, 2025 |

| | |
|---|---|
| Deadline for completing discovery and filing motions to compel. | SEPTEMBER 25, 2025 |
| Mediation deadline. | OCTOBER 30, 2025<br>**NOTICE DUE**<br>**JULY 30, 2025** |
| Deadline for filing dispositive and <u>Daubert</u> motions (responses due 21 days after service). | OCTOBER 16, 2025 |
| Deadline for filing all other motions including motions in limine. | FEBRUARY 23, 2026 |
| Deadline for filing the joint final pretrial statement. | MARCH 9, 2026 |
| Date and time of the final pretrial conference. | MARCH 23, 2026<br>10:00 A.M. |
| Trial Term Begins | APRIL 6, 2026<br>9:00 A.M. |
| Estimated Length of Trial | 4-5 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of February, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record

- 2 -