United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK,**

    Plaintiff,

v.   No. 3:24-cv-454-MMH-LLL

**LIEUTENANT AARON ARNETTE, ET AL.,**

    Defendants.

_____

### Order

The unopposed "Joint Motion for Entry of HIPAA-Qualified Protective Order," doc. 35, is **GRANTED**. The Court will enter separately the proposed HIPAA-Qualified Protective Order with minor non-substantive modifications.

**Ordered** in Jacksonville, Florida on February 25, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:

James Murray Slater, Esquire
Daniel Sason Palardy, Esquire