UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.

LIEUTENANT AARON ARNETTE,
*et al.*,

    Defendants.

Case No. 3:24-cv-454-MMH-LLL

**Plaintiff's Notice of Mediation**

Pursuant to the Court's Amended Scheduling Order (Doc. 37), Plaintiff Patrick Jasniak provides notice that the parties have conferred and agreed on a mediator and date of mediation. The mediation in this case has been scheduled for **Wednesday, September 24, 2025, beginning at 9:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Dated: May 14, 2025.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Plaintiff Patrick Jasniak*