UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK JASNIAK,<br><br>       Plaintiff,<br><br>v.<br><br>LIEUTENANT AARON ARNETTE, *et al.*,<br><br>       Defendants. | Case No. 3:24-cv-454-MMH-LLL |

**Plaintiff's Amended Notice of Mediation**

Pursuant to the Court's Amended Scheduling Order (Doc. 37), Plaintiff Patrick Jasniak previously provided notice that the parties selected Thomas H. Bateman, III of Messer Caparello, P.A. as mediator in this case for a date in September 2025. Plaintiff provides notice that the parties have agreed to move the date of mediation, which is now scheduled for **Monday, July 28, 2025, beginning at 1:00 p.m. eastern time** to be conducted by videoconference.

Dated: June 6, 2025.

                                                  Respectfully submitted,

                                                  */s/ James M. Slater*
                                                  James M. Slater (FBN 111779)
                                                  Slater Legal PLLC
                                                  2296 Henderson Mill Rd. NE #116
                                                  Atlanta, Georgia 30345
                                                  james@slater.legal
                                                  Tel. (404) 458-7283

                                                  *Attorneys for Plaintiff Patrick Jasniak*