IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                        Case No.: 3:24-cv-454-MMH-LLL

AARON ARNETTE, ET AL.,

    Defendants.
_____/

## UNOPPOSED MOTION FOR DEFENDANTS TO BE EXCUSED FROM APPEARANCE AT MEDIATION

    Defendants Arnette, Milleson, Wilson, Hunt, Kirchner, Shepard, and Cavazos move this Honorable Court to excuse them from attending the mediation scheduled for July 28, 2025 at 1:00PM and states as follows:

1. Defendants are represented by Counsel in this case. Counsel is authorized to act on their behalf as it relates to settlement and representation in this case.

2. Though Defendants wish to be excused from attending the mediation, they will be available by phone during mediation in the event that counsel needs to contact them regarding any agreement that may be reached.

3. A representative from the Florida Department of Risk with settlement authority is attending mediation.

1

4. Plaintiff agrees that Defendants need not attend.

5. Granting the requested relief will not prejudice Plaintiff or result in any delay.

**WHEREFORE**, Defendants request this Court enter an order that they need not attend the scheduled mediation on July 28, 2025.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ Daniel Palardy*
Daniel Palardy, Esq.
Senior Assistant Attorney General
Florida Bar No.: 1040666
Office of the Attorney General
Civil Litigation Division – North Florida Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, Florida 32207
Telephone: (904) 456-6484
Daniel.Palardy@myfloridalegal.com

**CERTIFICATE OF CONFERRAL**

Pursuant to Rule 3.01(g) of this Court's Local Rules, undersigned counsel conferred with the Plaintiff's counsel and Co-Defendants' counsel on July 16, 2025, and no party objects to the above requested relief.

*/s/ Daniel Palardy*
Daniel Palardy, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, a true and correct copy of this *UNOPPOSED MOTION FOR DEFENDANTS TO BE EXCUSED FROM ATTENDING MEDIATION* has been e-filed electronically through CM/ECF on all parties.

*/s/ Daniel Palardy*
Daniel Palardy, Esq.
