United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK,**

    Plaintiff,

v.                                                                                          No. 3:24-cv-454-MMH-LLL

**LIEUTENANT AARON ARNETTE, ET AL.,**

    Defendants.
_____

## Order

The Court **grants** the defendants' Unopposed Motion for Defendants to be Excused from Appearance at Mediation, doc. 45, understanding that all the defendants will be available to their counsel by phone during the mediation.

**Ordered** in Jacksonville, Florida on July 28, 2025.

_____
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
Daniel Sason Palardy, Esquire