UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiffs,

v.                                          Case No. 3:24-cv-454-MMH-LLL

LIEUTENANT AARON ARNETTE, ET AL.,

    Defendants.
_____/

# Mediation Report

The parties held a mediation conference on July 28, 2025, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒     lead counsel

☒     the parties or a party's surrogate satisfactory to the mediator

☒     any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

☒ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

JULY 28, 2025.

s/ Thomas H. Bateman III
Thomas H. Bateman III
Fla. Bar No. 349781
Certified Circuit Civil Mediator
No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720