UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.

LIEUTENANT AARON ARNETTE, *et al.*,

    Defendants.

Case No. 3:24-cv-454-MMH-LLL

**Unopposed Motion to Withdraw as Counsel for Record
and for Modification of Scheduling Order**

The undersigned counsel for Plaintiff Patrick Jasniak submits this motion to withdraw as counsel for a 45-day extension of the remaining deadlines in this case. Both requests are unopposed by the defense. In accordance with Local Rule 2.02(c), the undersigned states:

    1.    Under Rule 4-1.16(b) of the Rules Regulating the Florida Bar, withdrawal of an attorney is permitted if it can be accomplished without material adverse effects on the interests of the client or if good cause for withdrawal exists.

2.     Plaintiff Patrick Jasniak was provided with 14 days' notice of the undersigned's intent to withdraw due to irreconcilable differences and was informed that he has the right to consent to withdrawal or withhold such consent. At the time of filing, Plaintiff has not provided written consent for this withdrawal.

3.     The current discovery deadline is September 25, 2025. The parties have engaged in reciprocal written discovery but have not completed depositions. The parties will also need to complete mediation, which was continued due to unforeseen circumstances prohibiting Plaintiff's participation. Given that Plaintiff is a state prisoner who must rely on the prison's communication systems and limitations to complete discovery and work with defense counsel, good cause exists to enlarge the remaining deadlines to ensure that Plaintiff, while proceeding pro se, has ample time to complete all matters in this case. *See, e.g.*, *Diaz v. AT&T Mobility*, 2012 WL 12870226, at *3 (N.D. Ga. Sept. 28, 2012) (finding good cause for an extension of time to respond to a motion for summary judgment where counsel withdrew and the plaintiff had chosen to proceed *pro se*).

4. Accordingly, Plaintiff requests the following modifications to the Scheduling Order, which Defendants do not oppose:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for completing discovery and filing motions to compel. | September 25, 2025 | November 10, 2025 |
| Mediation. | October 30, 2025 | December 15, 2025 |
| Deadline for filing dispositive and *Daubert* motions. | October 16, 2025 | December 1, 2025 |
| Deadline for filing all other motions, including motions in limine. | February 23, 2026 | April 9, 2026 |
| Deadline for filing the joint final pretrial statement. | March 9, 2026 | April 27, 2026 |
| Final pretrial conference. | March 23, 2026 | May 11, 2026 |
| Trial term. | April 6, 2026 | June 2026 |

5. It is requested that all future pleadings, correspondence, orders, and notifications from the Court and all parties be sent to the attention of Patrick Jasniak, DC # D11298, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955-9701.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion, permit the undersigned's withdrawal from this case, and extend the Scheduling Order as set forth above.

## Local Rule 3.01(g) Certification

I hereby certify that I conferred with counsel for Defendants on all relief requested herein. Defendants do not oppose the relief requested herein.

Dated: August 15, 2025.

> Respectfully submitted,
>
> /s/ James M. Slater
> James M. Slater (FBN 111779)
> Slater Legal PLLC
> 2296 Henderson Mill Rd. NE #116
> Atlanta, Georgia 30345
> james@slater.legal
> Tel. (404) 458-7283

## Certificate of Service

I hereby certify that a true and correct copy of this document was filed with the Court via CM/ECF, which will send a copy to all counsel of record. I further certify that on this date of filing a copy of this motion was mailed to Plaintiff Patrick Jasniak, DC # D11298, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955-9701.

> /s/ James M. Slater
> James M. Slater