UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                              Case No. 3:24-cv-454-MMH-LLL

LIEUTENANT AARON ARNETTE, et al.,

    Defendants.
_____

### ORDER

Before the Court is James M. Slater's Motion to Withdraw as Counsel for Record and for Modification of Scheduling Order (Doc. 48). No opposition was filed and time to do so has expired.

Accordingly, it is now

**ORDERED:**

1. James M. Slater's Motion to Withdraw as Counsel (Doc. 48) is **GRANTED to the extent** that Mr. Slater is relieved of any further responsibility in this case, with the exception of ensuring Plaintiff receives all documents and information to which he is entitled regarding this case.

2. To the extent Mr. Slater requests a modification of the scheduling order, that request is **GRANTED to the extent** that all deadlines and

scheduled dates in the modified Case Management and Scheduling Order (Doc. 37) are **VACATED**. The Court will enter a separate scheduling order.

3. By **October 3, 2025**, the parties shall confer and file a notice advising whether a settlement conference before a United States Magistrate Judge would be beneficial.

4. Plaintiff is now proceeding without a lawyer, meaning that he is personally responsible for complying with the Court's Orders, the Court's Local Rules, and the Federal Rules of Civil Procedure.

5. The Court directs the **Clerk** to terminate James M. Slater as counsel of record for Plaintiff, and update Plaintiff's address to Charlotte Correctional Institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of September, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

caw 9/10
c:
Patrick Jasniak, #D11298
Counsel of Record