UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiffs,

v.                      Case No. 3:24-cv-454-MMH-LLL

LIEUTENANT AARON ARNETTE, ET AL.,

    Defendants.
_____/

## Amended Mediation Report

The parties held a mediation conference on July 28, 2025, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

- ☒ lead counsel
- ☒ the parties or a party's surrogate satisfactory to the mediator
- ☒ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☒ The parties have agreed to terminate the mediation conference.

☐ The parties have reached an impasse.

September 18, 2025.

*s/ Thomas H. Bateman III*
Thomas H. Bateman III
Fla. Bar No. 349781
Certified Circuit Civil Mediator
No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720