IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                              Case No.: 3:24-cv-454-MMH-LLL

LT. AARON ARNETTE, ET AL.,

    Defendants.
_____/

## NOTICE REGARDING SETTLEMENT CONFERENCE

Defendants Arnette, Milleson, Wilson, Hunt, and Kirchner, Shepard, Cavazos, and McDowell, pursuant to this Court's September 16, 2025, Order (Doc. 49), conferred with the pro se plaintiff on October 2, 2025.

All Parties agree that a settlement conference before a United States Magistrate Judge would be beneficial. Mr. Jasniak expressed interest in mediating as soon as possible.

                                    Respectfully submitted,

                                    **JAMES UTHMEIER**
                                    **ATTORNEY GENERAL**

                                    /s/Daniel Palardy
                                    Daniel Palardy, Esq.
                                    Senior Assistant Attorney General
                                    Florida Bar No.: 0648574

Office of the Attorney General
Civil Litigation Division
North Florida Bureau
1300 Riverplace Blvd, Suite 405
Jacksonville, Florida 32207
Tel.: 904-456-6484
E-mail: Daniel.Palardy@myfloridalegal.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was furnished by U.S. mail to Patrick Jasniak, DC# D11298, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955, on October 2, 2025.

/s/Daniel Palardy
Daniel Palardy, Esq.
Office of the Attorney General
Senior Assistant Attorney General