**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICK JASNIAK,

          Plaintiff,

v.                                 Case No. 3:24-cv-454-MMH-LL

LIEUTENANT AARON ARNETTE et al.,

          Defendants.

_____/

### NOTICE OF APPEARANCE
### AND DESIGNATION OF LEAD COUNSEL

Broderick Taylor hereby gives notice of his appearance as counsel for Defendant Austin Cavazos.  Pursuant to Local Rule 2.02(a), Broderick Taylor is designated as lead counsel for Defendants Arnette, Wilson, Milleson, Hunt, Kirchner, Shepard, and Cavazos.

          Respectfully submitted,

          **JAMES UTHMEIER**
          **ATTORNEY GENERAL**

          */s/ Broderick Taylor*
          Broderick Taylor, Esq.
          Senior Assistant Attorney General
          Florida Bar No.: 0648574

Office of the Attorney General
Civil Litigation Division-North Florida Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, Florida 32207
Telephone: (904) 456-6471
Broderick.Taylor@myfloridalegal.com