IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

     Plaintiff,

v.                                                                          Case No.: 3:24-cv-454-MMH-LLL

LT. AARON ARNETTE, ET AL.,

     Defendants.

_____/


**MOTION FOR REMOTE SETTLEMENT CONFERENCE OR IN THE
ALTERNATIVE FOR DEFENDANTS AND INSURANCE
REPRESENTATIVE TO APPEAR REMOTELY**


COMES NOW the Defendants, through counsel, and in accordance with the Courts Order dated October 06, 2025, Order for Settlement Conference, *Doc 53,* files this Motion to allow all parties to appear remotely for the settlement conference and states as follows:

1.     On October 06, 2025, the Court Ordered that the parties provide dates for a settlement conference.

2.     Plaintiff is currently incarcerated in the Florida Department of Corrections with an expected release date of 2031.

3.     There are currently nine (9) defendants who are all corrections officers and former corrections officers not located in Duval County, Florida.  Additionally,

the RISK representative is also not in Duval County, Florida. Defendant believes that a remote deposition would be just as effective as an in-person deposition and would be more convenient given the number of defendants, involved parties and their locations.

4.      Defense would request that the Court allow the settlement conference to be done remotely through video conferencing software such as ZOOM, which will cut costs for transportation and logistically make the setting of dates go a lot smoother.

5.      In the alternative if the Court believes that an in person settlement conference may be what is warranted, Counsel would request that Counsel appear in person, and that the defendants and the representative from RISK management be allowed to appear remotely.

WHEREFORE, Defendant requests that the Court allow the settlement conference to be conducted remotely through zoom or some other teleconferencing software and to extend the deadline to provide dates in accordance with the ruling on this motion.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ Broderick Taylor*____
Broderick Taylor (FBN 0648574)

2

Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation Division - North Florida Bureau
1300 Riverplace Blvd, Suite 405
Jacksonville, Florida 32207
Broderick.Taylor@myfloridalegal.com
Tel: (904) 456-6471
*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

Pursuant to 3.01(g) of this Court's Local Rules, undersigned counsel has conferred with Plaintiff by phone on October 31, 2025; who objects to a remote settlement conference and would prefer to be in-person.

## CERTIFICATE OF SERVICE

I hereby certify that, on November 03, 2025, this Motion for Remote Settlement Conference or in the Alternative for Defendants and Insurance Representative to Appear Remotely is being electronically filed with the clerk of court using CM/ECF and a copy was furnished by U.S. Mail to Patrick Jasniak, DC# D11298, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955.

*/s/ Broderick Taylor____*
Broderick Taylor, Esq.