**Dagmara Jasniak-Campbell**
Rua Beatriz Costa 3
Casa A
Vila Del Mar
2775-008 Parede
Portugal

January 5, 2026

**Clerk's Office**
300 N. Hogan St., Rm. 9-150
Jacksonville, FL 32202

**Subject: Notice Regarding Inmate's Ability to Respond to Court Order – Patrick Jasniak (D11298), Case No. 3:2024cv00454**

Dear Clerk of Court,

My name is Dagmara Jasniak-Campbell, and I am writing from Portugal as the sister of Patrick Jasniak (D11298), who is currently incarcerated at Charlotte Correctional Institution. I understand that the Court's order dated November 7, 2025 denying the Motion for Remote Settlement Conference and directing the parties to confer and contact chambers with proposed dates by December 1, 2025 requires a response from him.

I respectfully wish to notify the Court that Patrick is currently in the infirmary and, according to what has been relayed to me, is unable to make phone calls or communicate with anyone outside the facility. He asked another individual to contact me because he presently has no direct means of reaching the Court. Based on this information, he is not in a position to comply with the Court's directive within the required timeframe.

Patrick has also reported to me that he has not had access to the law library and has been unable to send or receive mail or emails. He further stated that paperwork related to his case, which he kept in his cell, was discarded. Family members in the United States including his children and our mother have sent multiple letters that he has not received, and none of his outgoing mail has reached us. I am the only family member residing outside the United States.

Patrick additionally asked me to convey that the case before the Court concerns one of the extraction incidents he experienced. He reports that two further extraction-team incidents occurred afterward, which he believes were connected to the first incident being reported. He describes resulting physical limitations, including loss of use of his dominant hand and limited function in the remaining fingers on his left hand. He also reports experiencing

severe epilepsy episodes and symptoms consistent with PTSD. According to him, these conditions make it extremely difficult for him to write, prepare documents, or advocate for himself. Combined with his reported lack of access to the law library, he is unable to prepare or send any response to the Court at this time.

He has expressed concern that he may be harmed if removed from his cell and that he is currently unable to communicate with the Court directly. Our family has been unable to visit him for over a year, and he has been effectively without communication with loved ones.

I want to emphasize that I am not making any legal assertions or arguments. I am only relaying the information Patrick asked me to communicate because he currently has no ability to notify the Court himself. My sole purpose is to ensure the Court is aware that he is physically and practically unable to respond to the recent order or participate in required communications at this time.

If the Court requires any additional information from me as his family member, I will do my best to provide it promptly.

Respectfully,
**Dagmara Jasniak-Campbell**
djasniak@gmail.com
+351-925-617-198
Sister of Patrick Jasniak (D11298)

Cc: Brodrick Taylor
info@theporterfirm.com

Patrick Jasniak
Charlotte Correctional Institute