IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.     Case No.: 3:24-cv-454-MMH-LLL

LT. AARON ARNETTE, ET AL.,

    Defendants.
_____/

## MOTION TO ALLOW INSURANCE REPRESENTATIVE TO APPEAR REMOTELY

COMES NOW the Defendants, through counsel, and in accordance with the Courts Order dated January 05, 2026, Order for Settlement Conference, *Doc 58*, files this Motion to allow the RISK representative to appear remotely for the settlement conference and states as follows:

1. On January 05, 2026, the Court Ordered that the parties all attend an in person settlement conference.

2. Plaintiff is currently incarcerated in the Florida Department of Corrections with an expected release date of 2031.

3. The RISK representative is not in Duval County, Florida and is in between central and southern Florida.

4.    The RISK representative is requesting that she be allowed to appear remotely for medical reasons. The RISK representative has a parent that is recovering from surgery but is still in the ICU in Delray, Florida (South Florida). The RISK representative is requesting that she be allowed to take part in the settlement conference from South Florida, so that she is able to get to the ICU before and after the settlement conference.

5.    Defense would request that the Court allow the RISK representative to appear through video conferencing software such as Zoom.

WHEREFORE, Defendant requests that the Court allow the Risk representative to appear at the settlement conference remotely through zoom or some other teleconferencing software.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Broderick Taylor*
Broderick Taylor (FBN 0648574)
Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation Division-North Florida Bureau
1300 Riverplace Blvd, Suite 405
Jacksonville, Florida 32207
Broderick.Taylor@myfloridalegal.com
(904) 456-6471
*Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

Pursuant to 3.01(g) of this Court's Local Rules, undersigned counsel has not yet conferred with Plaintiff but will schedule a callout to ascertain plaintiff's position on this matter.

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2026, this motion to allow the Risk representative to appear remotely is being electronically filed with the clerk of court using CM/ECF and a copy of this motion was furnished by U.S. Mail to Patrick Jasniak, DC# D11298, Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083.

>           /s/ Broderick Taylor____
>           Broderick Taylor, Esq.