United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK,**

 Plaintiff,

**v.**                  **NO. 3:24-CV-454-MMH-LLL**

**LIEUTENANT AARON ARNETTE, ET AL.,**

 Defendants.
_____

### Order

Before the Court is defendants' Motion to Allow Insurance Representative to Appear Remotely, doc. 60. In the Motion, defendants request the Court allow the insurance representative "to appear through zoom or some other teleconferencing software." *Id.* at 2. The motion is **granted** to the extent that the insurance representative may appear telephonically through the coordination of the defense.

The Court directs the **Clerk** to update plaintiff's address to Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083,[1] and mail a copy of this order to him at that address.

**Ordered** in Jacksonville, Florida on February 11, 2025.



/s/ Laura Lothman Lambert
*United States Magistrate Judge*

---

[1] *See* Corrections Offender Network, Florida Department of Corrections, available at https://pubapps.fdc.myflorida.com/OffenderSearch/search.aspx (last visited Feb. 11, 2026).

c:
Patrick Jasniak, #D11298, pro se
    Union Correctional Institution
    P.O. Box 1000
    Raiford, Florida 32083
Broderick L. Taylor, Esquire