United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK JASNIAK**,

    Plaintiff,

v.                                                No. 3:24-CV-454-MMH-LLL

**AARON ARNETTE, ET AL.**,

    Defendants.

_____

### Clerk's Minutes

Proceeding:                Settlement Conference

| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 2/17/2026<br>10:14 a.m. – 3:12 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Pro se | Counsel for Defendants | Broderick Taylor, Esquire |

Defendant Austin Cavazos and risk adjustor for defendants, Elizabeth Alba present via telephone.

**Settlement conference conducted– Impasse declared.**

**Defense counsel directed to file a status report within 30 days of today's date as to whether fixed wing camera video has been provided to and reviewed by plaintiff.**