IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK,

    Plaintiff,

v.                                        Case No.: 3:24-cv-454-MMH-LLL

LT. AARON ARNETTE, ET AL.,

    Defendants.
_____/

## NOTICE REGARDING CONFERRAL

Defendants Arnette, Wilson, Milleson, Hunt, Kirchner, Shepard, McDowell and Cavazos, by and through the undersigned counsel had filed a request that the Court allow them additional time to file a dispositive motion in the above styled cause, *ECF No. 62*.

At the time of filing counsel for defendants was unable to confer with plaintiff due to his incarceration. A callout was scheduled with the plaintiff's institution and took place on March 06, 2026.

Pursuant to 3.01(g) of this Court's Local Rules, undersigned counsel has spoken with Plaintiff on the Motion for Extension of time to file a dispositive motion, plaintiff opposes such motion.

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

/s/  Broderick Taylor
Broderick Taylor, Esq.
Senior Assistant Attorney General
Florida Bar No.: 0648574
Office of the Attorney General
Civil Litigation Bureau - North Florida Bureau
1300 Riverplace Blvd., Suite 405
Jacksonville, Florida 32207
Tel.: 904-456-6471
Broderick.Taylor@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 06, 2026, this notice of conferral is being electronically filed with the clerk of court using CM/ECF and a copy of this motion was furnished by U.S. Mail to Patrick Jasniak, DC# D11298, Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083.

*/s/ Broderick Taylor*
Broderick Taylor