UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK
　Plaintiff,

V.

LIEUTENANT Aaron ARNETTE, ET AL.,
　Defendents.

NO. 3:24-CV-454-MMH-LLL

## PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, appearing pro se and proceeding in Forma Pauperis, respectfully moves this court under 28 U.S.C. § 1915(e)(1) to appoint counsel to assist him at trial. As grounds for the motion, Plaintiff states:

1. Plaintiff is incarcerated and has limited ability to investigate, obtain evidence, or prepare for trial.

2. Plaintiff has been denied access to the Law Library and Legal materials, impairing his ability to Litigate effectively.

3. Plaintiff was hospitalized and physically unable to prepare filings during critical stages of this case.

4. This case involves complex medical issues, multiple defendents, and the need for expert or material witness testimony.

5. Plaintiff's ability to present evidence at trial is substantially limited due to his incarceration, medical condition, and lack of Legal training.

6. Appointment of counsel would serve the interests of Justice and ensure a fair trial.

WHEREFORE, Plaintiff respectfully requests that this Court appoint counsel to represent him for trial and all related proceedings.

Respectfully sumitted,

PATRICK JASNIAK, Pro se
DC # D11298

UNION Correctional Institution
P.O. BOX 1000,
Raiford, Florida 32083 →

Certificate of Service

I certify that a true and correct copy of the foregoing motion was placed in the institutional legal mail system and addressed to counsel for Defendants on this 8th day of march, 2026.

_____
Patrick Jasniak, Pro se