UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK
  Plaintiff,

v.

LIUTENANT AARON ARNETTE, ET AL.,
  Defendants.

No. 3:24-CV-454-MMH-LLL

FILED MAR 12 2026 AM 10:58 USDC-FLMD-JAX

---

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEPOSITION TRANSCRIPT**

Plaintiff, appearing pro se, moves this court under Federal Rules of Civil Procedures 30(e) and 37(a) to compel defendants to provide a copy of the deposition transcript taken on December 15th, 2025. As grounds for this motion, Plaintiff states:

1. Plaintiff was deposed on date December 15th, 2025.

2. At the conclusion of the deposition, counsel asked plaintiff weather he wanted a copy to review and make corrections. Plaintiff stated yes.

3. Despite this request, Defendants have not provided the transcript.

4. Under Rule 30(e) Plaintiff is entitled to review the transcript and make corrections. Defendants failure to provide it obstructs Plaintiff's ability to litigate his civil-rights claims.

WHEREFORE, Plaintiff respectfully requests that this court order Defendant's to provide the deposition transcript within a specified time frame.

Respectfully Submitted,

Patrick Jasniak, Pro se
DC# d11298
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

**CERTIFICATE OF SERVICE**
I certify that true and correct copy of the foregoing motion was placed in the institutional legal mail system and addressed to counsel for Defendants on this 8th day of March, 2026.

Patrick Jasniak, Pro se