UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK JASNIAK
    Plaintiff,

v.

No. 3:24-CV-454-MMH-LLL

LIEUTENANT AARON ARNETTE, ET AL.,
    Defendants.

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S UNTIMELY MOTION FOR EXTENSION OF TIME

    Plaintiff, appearing pro se, respectfully moves this Court to strike Defendant's Motion For Extension Of Time filed on February 18, 2026.

    Defendant's motion was required to be filed on or before February 17, 2026, and is therefore untimely. As ground for this motion, Plaintiff states:

1. Defendant's motion was filed one day after the deadline for seeking an extension of time. Under Rule Of Civil Procedure 6(b)(1)(A), a motion for extension must be filed *before* the expiration of the original deadline.

2. Because Defendants filed there motion after the deadline expired they are required to show "excusible neglect" under Rule 6(b)(1)(B). Defendants motion does not assert, explain, or establish excusible neglect.

3. Defendants stated reason - having a "busy schedule" - does not satisfy the excusible-neglect standard. Courts have consistantly held that workload and scheduling conflicts do not constitute excusible neglect for missing a filing deadline.

4. Plaintiff further objects because Defendants have repeatedly delayed discovery, withheld required evidence, and failed to comply with the courts prior orders. Additional delay prejudices Plaintiff's ability to litigate this case, especially given his limited access to Legal materials, recent hospitalization, and the destruction of his Legal →

5. Allowing Defendants to file untimely motions without showing excusible neglect would unfairly disadvantage Plaintiff and reward Defendants pattern of delay.

WHEREFORE, Plaintiff respectfully requests that this court strike Defendants Motion for Extension of Time as untimely and unsupported by excusible neglect, and deny the releif requested therein.

Respectfully Submitted,

_____

Patrick Jasniak, Pro Se
DC# d11298
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was placed in the institutional Legal Mail system and addressed to counsel for Defendants on this 8th day of March of 2026.

_____

Patrick Jasniak, Pro Se