United States District Court
Middle District of Florida
Jacksonville Division

PATRICK JASNIAK,

      Plaintiff,

v.                                                                    NO. 3:24-CV-454-MMH-LLL

LIEUTENANT AARON ARNETTE, ET AL.,

      Defendants.

_____

### Order

Before the Court are plaintiff's Motions to Compel, docs. 71; 79, requesting the Court require defendants to abide by the Court's prior directive, doc. 63, to provide plaintiff the opportunity to view fixed wing video footage. Defendants filed notices regarding their efforts to comply, docs. 77; 84, and now report that plaintiff has viewed all video footage, doc. 85. Accordingly, plaintiffs' motions to compel are **denied as moot**.

Also before the Court is plaintiffs' Motion for Extension of Time to Respond to Summary Judgement, doc. 80, in which plaintiff requests an extension of 45 days to respond to the defendants' motion because he was unable to view the video footage submitted in support. The Court **grants** the Motion, doc. 80, to the extent that plaintiff must file his response to defendants' Motion for Summary Judgment, doc. 70, **by June 22, 2026**.

Upon review of the video evidence submitted to the Court in support of defendants' Motion for Summary Judgment, doc. 78, the Court notes it is also unable to use the supplied program to view the fixed wing video footage. Thus, **within 10 days** of the date of this order, defendants must provide the Court with the alternative format as provided to plaintiff so that the Court may view the evidence.

**Ordered** in Jacksonville, Florida on May 5, 2026.



/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
Patrick Jasniak, #D11298, pro se
    Charlotte Correctional Institution
    33123 Oil Well Rd.
    Punta Gorda, Florida 33955
Broderick L. Taylor, Esquire